UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KANDANCE WELLS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-2379-DDC |
| FACEBOOK, INC., | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

On July 11, 2019, pro se plaintiff Kandance Wells filed this complaint alleging privacy violations by defendant through the tracking functions of its website.[1] On July 12, 2019, the court granted plaintiff's motion to proceed in forma pauperis and directed plaintiff to provide defendant's address by July 29, 2019, so that the clerk of the court may proceed with service of process.[2] Plaintiff has failed to provide any address for defendant. Therefore, by **August 20, 2019**, plaintiff must show cause in writing to the presiding U.S. District Judge, Daniel D. Crabtree, why this case should not be dismissed, without prejudice, for lack of prosecution.

IT IS SO ORDERED.

Dated August 6, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

[1] ECF No. 1.
[2] ECF No. 5.